# United States Court of Appeals for the Fifth Circuit

---

No. 25-60680
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

July 14, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Terry Lynn McNeal, Jr.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:24-CR-42-1

---

Before Willett, Duncan, and Engelhardt, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Terry Lynn McNeal, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). McNeal has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of McNeal's claim of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60680

ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as McNeal's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.